# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **SHAWANDA NEVERS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action Number ) 7:20-cv-00575-AKK-HNJ |
| **FEDERAL BUREAU OF PRISONS, ET AL.,** | ) ) ) |
| **Defendants.** | ) ) ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on June 25, 2020, recommending that Plaintiff Shawanda Nevers' case be dismissed without prejudice for failure to prosecute. Doc. 5. Although the parties were advised of their right to file specific objections within fourteen days, no objections have been received by the court. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court concludes that the magistrate judge's Report and Recommendation is due to be adopted. A separate order will be entered.

**DONE** the 13th day of July, 2020.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE